IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| CONSERVATION LAW FOUNDATION, et al., )<br>)<br>Plaintiffs,    )<br>)<br>v.           )<br>)<br>LISA P. JACKSON, et al.,        )<br>)<br>Defendants.   )<br>_____ ) | Case No. 1:11-cv-11657-MLW |

### REVISED JOINT MOTION FOR SCHEDULING ORDER

Plaintiffs Conservation Law Foundation, Inc., and Buzzards Bay Coalition (collectively "Plaintiffs"), and Defendants (collectively "EPA" or the "United States"), hereby submit a Joint Motion for a Scheduling Order to govern further proceedings in this case. This Motion supersedes the Joint Motion filed on May 29, 2012 (Dkt. No. 19).

### INTRODUCTION

Pursuant to a Joint Motion submitted by the parties, this action, along with Conservation Law Foundation v. EPA, Case No. 1:10-cv-11455-MLW, has been stayed to allow the parties to attempt to reach a final settlement of the two related actions. Notwithstanding the best efforts of the parties, they have been unable to reach such a settlement. Accordingly, pursuant to the Order of the Court, the parties hereby submit a joint proposal (in the form of a Motion) setting forth a proposed schedule for further proceedings in this action. A separate proposal is also being submitted on this date in the related action noted above.

### PROPOSED SCHEDULE

EPA intends to respond to the Complaint in this action with a Motion to Dismiss under Fed. R. Civ. P. 12. Accordingly, the parties submit the following proposed schedule:

*[Handwritten annotation:]* The stay of this case is hereby LIFTED and the joint proposed schedule is hereby ADOPTED except that all deadlines are advanced 14 days. WGU DJ August 9, 2012