IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CONSERVATION LAW FOUNDATION, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 1:11-cv-11657-MLW |
| ) | |
| LISA P. JACKSON, et al., ) | |
| ) | |
| Defendants. ) | |

## REVISED JOINT MOTION FOR SCHEDULING ORDER

Plaintiffs Conservation Law Foundation, Inc., and Buzzards Bay Coalition (collectively "Plaintiffs"), and Defendants (collectively "EPA" or the "United States"), hereby submit a Joint Motion for a Scheduling Order to govern further proceedings in this case. This Motion supersedes the Joint Motion filed on May 29, 2012 (Dkt. No. 19).

### INTRODUCTION

Pursuant to a Joint Motion submitted by the parties, this action, along with Conservation Law Foundation v. EPA, Case No. 1:10-cv-11455-MLW, has been stayed to allow the parties to attempt to reach a final settlement of the two related actions. Notwithstanding the best efforts of the parties, they have been unable to reach such a settlement. Accordingly, pursuant to the Order of the Court, the parties hereby submit a joint proposal (in the form of a Motion) setting forth a proposed schedule for further proceedings in this action. A separate proposal is also being submitted on this date in the related action noted above.

### PROPOSED SCHEDULE

EPA intends to respond to the Complaint in this action with a Motion to Dismiss under Fed. R. Civ. P. 12. Accordingly, the parties submit the following proposed schedule:

*[Handwritten annotation:]* The stay of this case is hereby LIFTED and the joint proposed schedule is hereby ADOPTED except that all deadlines are advanced 14 days. WGM DJ August 9, 2012